**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF MICHIGAN

Case number (if known): **19-04262**   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GN Investments, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 35-2023550 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Najeeb Khan<br>Sole Member<br>23443 Lakeview Drive<br>Edwardsburg, MI 49112<br><sub>Number, Street, City, State & ZIP Code</sub> | PO Box 360<br>Granger, IN 46530<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| Cass<br><sub>County</sub> | Location of principal assets, if different from principal place of business<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

5. Debtor's website (URL) _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **GN Investments, LLC**  
Name

Case number (*if known*) **19-04262**

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| Debtor | GN Investments, LLC | Case number (if known) | 19-04262 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | GN Investments, LLC | Case number (if known) | 19-04262 |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/09/2019
MM / DD / YYYY

X  _/s/ Najeeb Khan_
Signature of authorized representative of debtor

Najeeb Khan
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  _/s/ Robert F. Wardrop II_
Signature of attorney for debtor

Date  10/09/2019
MM / DD / YYYY

**Robert F. Wardrop II (P31639)**
Printed name

**Wardrop & Wardrop, P.C.**
Firm name

**300 Ottawa Avenue, N.W.
Suite 150
Grand Rapids, MI 49503-2308**
Number, Street, City, State & ZIP Code

Contact phone  **(616) 459-1225**     Email address  **bkfilings@wardroplaw.com**

**(P31639) MI**
Bar number and State

Debtor **GN Investments, LLC**     Case number *(if known)* **19-04262**
Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* **19-04262**     Chapter **11**

■ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | GN Investments, LLC <br>Name | | | Case number (if known) | 19-04262 |
| Debtor | Interlogic Outsourcing, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31445 |
| Debtor | IOI Payroll Services, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31446 |
| Debtor | IOI West, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31447 |
| Debtor | Khan Aviation, Inc. | | | Relationship to you | affiliate |
| District | U.S. Bankruptcy Court, Western District of MI | When | 10/08/19 | Case number, if known | |
| Debtor | KRW Investments, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Western District of Michigan | When | 10/08/19 | Case number, if known | |
| Debtor | Lakeview Holdings, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31448 |
| Debtor | Lakeview Technology, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31449 |
| Debtor | ModEarn, Inc. | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31450 |
| Debtor | Najeeb Khan | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Western District of Michigan | When | 10/08/19 | Case number, if known | 19-04258 |
| Debtor | NAK Holdings, LLC | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Western District of Michigan | When | 10/08/19 | Case number, if known | |
| Debtor | NJ Realty, LLC | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Western District of Michigan | When | 10/08/19 | Case number, if known | |
| Debtor | Sarah Air, LLC | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Western District of Michigan | When | 10/08/19 | Case number, if known | |
| Debtor | TimePlus Systems, LLC | | | Relationship to you | Affiliate |
| District | U.S. Bankruptcy Court, Northern District of Indiana | When | 8/11/19 | Case number, if known | 19-31451 |