**Fill in this information to identify the case:**

Debtor name: **GN Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-04262**

☒ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. 1st Source Bank | Business Checking | 7998 | $40,636.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.    **$40,636.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

## Part 4: Investments

13. Does the debtor own any investments?

    ☐ No. Go to Part 5.
    ☒ Yes Fill in the information below.

Debtor    **GN Investments, LLC**                                           Case number *(If known)*  **19-04262**
          Name

|  |  | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | | |
|  | Name of entity: | % of ownership | | | |
|  | 15.1.  Heartland Ventures Equity Fund investment | | % | | $437,500.00 |
|  | 15.2.  Attune Medical investment - Chicago, IL medical device (ensoETM) manufacturer | <2% | % | | $650,000.00 |
|  | 15.3.  Workstream Technologies, Inc. investment | <1% | % | | $100,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | | | $1,187,500.00 |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Debtor | GN Investments, LLC | Case number (If known) 19-04262 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.1. | 1997 S&S 535 LG Trailer, VIN 1S9E55320VG384465 | $0.00 | RM Sotheby's | $30,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $30,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

| 71. | Notes receivable | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **Bradley Company Promissory Note - Indiana commercial real estate management** | 550,000.00 Total face amount | - 0.00 = doubtful or uncollectible amount | $550,000.00 |
| | **Private Motorsports Group, LLC 9/26/2018 Note Re: Apex Race Track in AZ** | 1,134,873.82 Total face amount | - 0.00 = doubtful or uncollectible amount | $1,134,873.82 |

| Debtor | GN Investments, LLC | | Case number (If known) 19-04262 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | SIMBA Chain, Inc. an Indiana Corporation investment - Promissory Note believe recently converted to stock | 83,333.33 <br> Total face amount  -  0.00 <br> doubtful or uncollectible amount  = | $83,333.33 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    IRS indicates taxes owed on personal return, amendments may be required upon procurement of certain business records previously requested but not produced by deadline to file returns with respective taxing authorities.    Tax year **2018**    Unknown

    \* attributed to the period 1/1/2019 - Petition Date    Tax year **2019***    Unknown

73. **Interests in insurance policies or annuities**
    Amerisure Mutual Insurance Co by The Horton Group
    340 Columbia Place, South Bend, IN 46601 - annual premium $435 for 1997 S&S 535 LG Trailer    $1.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    $1,768,208.15
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | GN Investments, LLC | Case number (If known) | 19-04262 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $40,636.00 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $1,187,500.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $30,000.00 | |
| 88. | Real property. *Copy line 56, Part 9.*........> | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $1,768,208.15 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,026,344.15 | + 91b.   $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,026,344.15 |

**Fill in this information to identify the case:**

Debtor name: **GN Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-04262**

☑ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **KeyBank National Association**<br>Creditor's Name<br>Attn: Mark R. Kleinhaut<br>66 South Pearl Street<br>Albany, NY 12207<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**7/23/19 Limited Power of Attorney to perfect**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**all assets + 1997 S&S 535 LG Trailer, VIN ending in 4465**<br><br>Describe the lien<br>**UCC Lien 201900006264727**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$122,000,000.00** | **$30,000.00** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$122,000,000.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Thompson Hine, LLP**<br>**Attn: Curtis Tuggle & David Thomas Esqs**<br>**127 Public Square**<br>**300 Key Center**<br>**Cleveland, OH 44114** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **GN Investments, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **19-04262**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Indiana Dept. of Revenue**<br>**PO Box 7206**<br>**Indianapolis, IN 46207-7206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred<br>**FOR NOTICE ONLY** | Basis for the claim: | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred<br>**FOR NOTICE ONLY** | Basis for the claim: | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | GN Investments, LLC | Case number (if known) | 19-04262 |
|---|---|---|---|

### 3.1 Nonpriority creditor's name and mailing address
**Crystal Valley Landscaping**
20664 CR 8
Bristol, IN 46507

Date(s) debt was incurred  **2019 Lawn Services**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2800 Aeroplex Dr N $265; 2321CR6 Hanger North $65; 25 Airport Rd Hanger #25 South $65; 2900 Gateway Dr $40**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,260.00**

### 3.2 Nonpriority creditor's name and mailing address
**IN MI Power**
110 Wayne St
Saginaw, MI 48602

Date(s) debt was incurred  **current**
Last 4 digits of account number  **8143**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **electric service for 2900 Gateway Dr., Elkhart, IN**

Is the claim subject to offset? ■ No  ☐ Yes

**$170.56**

### 3.3 Nonpriority creditor's name and mailing address
**Najeeb Khan**
23443 Lakeview Drive
Edwardsburg, MI 49112

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member loan balance as of 12/31/2018**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,815,380.24**

### 3.4 Nonpriority creditor's name and mailing address
**Nancy Khan**
c/o Warner Norcross + Judd LLP
Stephen B. Grow
101 Lyon St. N.W. Ste 900
Grand Rapids, MI 49503

Date(s) debt was incurred  **FOR NOTICE ONLY**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.5 Nonpriority creditor's name and mailing address
**NIPSCO**
P.O. Box 13007
Merrillville, IN 46411-3007

Date(s) debt was incurred  **current**
Last 4 digits of account number  **0016**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas at 2900 Gateway Dr., Elkhart, IN**

Is the claim subject to offset? ■ No  ☐ Yes

**$56.71**

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Indiana Dept. of Revenue**<br>PO Box 40<br>Indianapolis, IN 46206-0040 | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 1,816,867.51 |

| Debtor | GN Investments, LLC | Case number (if known) | 19-04262 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **1,816,867.51**

**Fill in this information to identify the case:**

Debtor name __GN Investments, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) __19-04262__

■ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **GN Investments, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **19-04262**

☑ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Interlogic Outsourcing, Inc. | c/o Andrew T Kight<br>Jacobson Hile Kight LLC<br>One Indiana Square, Ste 1600<br>Indianapolis, IN 46204<br>Ch 11 USBCNDIN #19-31445 | KeyBank National Association | ☑ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Najeeb Khan | 23443 Lakeview Drive<br>Edwardsburg, MI 49112<br>Ch 11 USBCWDMI #19-04258 | KeyBank National Association | ☑ D  2.1<br>☐ E/F ____<br>☐ G ____ |